**Order entered July 6, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00207-CV

### JUDY D. BROWN, Appellant

### V.

### FRONTLINE ASSET STRATEGIES AND LVNV FUNDING, Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-20-05565-E**

### ORDER

Before the Court is appellant's July 1, 2021 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 2, 2021.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE